IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERESA SZEREMI,

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

Case No. 3:05-cv-00130-JWS

ORDER

The Court has considered plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. § 406(b). The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $9,027 in accordance with 42 U.S.C. § 406(b). The Social Security Administration is ordered to pay plaintiff's counsel Robert Friedman $3,763.24 and pay directly to plaintiff Teresa Szeremi $5,263.76, the attorney fee already paid Robert Friedman in accordance with 28 U.S.C. § 2412(d), the Equal Access to Justice Act.

DATED at Anchorage, Alaska, this 17th day of December 2007.

/s/
John W. Sedwick
United States District Judge