UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TERESA SZEREMI,
    Plaintiff,

Case Number 3:05-cv-00130 JWS

v.

JO ANE B. BARNHART,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Administrative Law Judge's decision is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g) for 1) an award of benefits accruing between February 14, 2003, and July 30, 2004, inclusive of those dates, and 2) further proceedings on the issue of Szeremi's disability from the alleged onset date to February 14, 2003, and after July 30, 2004.

APPROVED:

REDACTED SIGNATURE

JOHN W. SEDWICK
United States District Judge

Date: June 14, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

IDA ROMACK
Ida Romack, Clerk of Court

\*\*Judgment with attorney fees added and redistributed on 12/18/07.
\*\*Attorney fee of $9,027.00. The Social Security Administration is ordered to pay an attorney fee to plaintiff's counsel Robert Friedman $3,763.24 and pay directly to plaintiff $5,263.76, the attorney fee already paid Robert Friedman.